# IN THE SUPREME COURT OF THE STATE OF NEVADA

DON CALDER,
          Appellant,

vs.

CITY OF LAS VEGAS,
          Respondent.

No. 77494

**FILED**

DEC 1 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a postconviction petition for a writ of habeas corpus and a petition for a writ of mandamus from a case that arose in the municipal court. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Appellant has filed a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

cc:   Hon. Ronald J. Israel, District Judge
      James J. Ruggeroli
      Attorney General/Carson City
      Las Vegas City Attorney
      Eighth District Court Clerk
      Don Calder

SUPREME COURT
OF
NEVADA

(O) 1947A

18-907647